IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **LEONARD ALLEN PATRICK,** | : | |
| **Plaintiff,** | : | |
| vs. | : | 3:04-CV-72 (CAR) |
| **ONEBEACON MIDWEST INSURANCE CO.,** | : | |
| **Defendant.** | : | |

### *ORDER ON DEFENDANT'S MOTION TO DISALLOW PLAINTIFF'S EXPERTS*

This case is before the Court on Defendant's Motion to Disallow Plaintiff's Experts. [Doc. 28]. Plaintiff did not file a response. In its motion, Defendant argues that Plaintiff's two expert witnesses be disallowed as expert witnesses because of Plaintiff's failure to comply with Federal Rule of Civil Procedure 26 and the Court's Scheduling Discovery Order [Doc. 8] by not identifying them as experts or providing their expert reports in a timely manner. For the reasons given by Defendant and because Plaintiff has not offered any reasons in opposition, the Court finds that Plaintiff has not complied with his obligations in regards to expert witness disclosure. Defendant's Motion is **HEREBY GRANTED**. Accordingly, Paul Maynard and Charles Vaughn are disallowed as expert witnesses for Plaintiff, but in accordance with Defendant's position, the Court will allow Mr. Vaughn to testify as a fact witness.

**SO ORDERED** this 1st day of July, 2005.

S/ C. Ashley Royal
**C. ASHLEY ROYAL, JUDGE**
**UNITED STATES DISTRICT COURT**

LTH/jec